## A00A1084. WATTS v. THE STATE.
(558 SE2d 791)

RUFFIN, Judge.

In *Watts v. State,*[1] this Court affirmed the trial court's denial of Zane Watts' motion to suppress blood and hair samples obtained through a warrant.[2] On certiorari, however, the Supreme Court of Georgia reversed.[3] Accordingly, our prior judgment is vacated, and the judgment of the Supreme Court of Georgia is made the judgment of this Court. The judgment of the trial court is reversed.

---

[1] 246 Ga. App. 367 (541 SE2d 41) (2000).

[2] Id. at 371-372 (5).

[3] See *Watts v. State,* 274 Ga. 373 (552 SE2d 823) (2001).

*Judgment reversed. Andrews, P. J., and Ellington, J., concur.*

Decided January 11, 2002.

King, King & Jones, *David H. Jones*, for appellant.
*Peter J. Skandalakis*, District Attorney, *Kevin W. Drummond*, Assistant District Attorney, for appellee.